# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

Andrews,
       Plaintiff(s),

       V.

Associated Credit Services, Inc.,
       Defendant(s),

CIVIL ACTION

NO. <u>14-40040-TSH</u>

## <u>SETTLEMENT ORDER OF DISMISSAL</u>

<u>Hillman, D. J.</u>

The Court having been advised on   <u>August 8, 2014</u>   that the above-entitled action has been settled;

IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within sixty (60) days if settlement is not consummated.

                                                  By the Court,

<u> August 8, 2014 </u>                              <u>/s/ Martin Castles   </u>
    Date                                                Deputy Clerk